EDWARD LA RUE, petitioner-appellant,

*v.*

GRACE C. LA RUE, defendant-respondent.

[Argued October 29th, 1937.   Decided February 10th, 1938.]

*Mr. Leo E. Duff (Mr. Louis Bort,* of counsel), for the appellant.

*Mr. Harold E. Watson (Mr. Milton Rosenblum,* of counsel), for the respondent.

PER CURIAM.

The proofs, carefully examined, abundantly support the findings of the learned advisory master from whose decree dismissing the appellant's petition for annulment the present appeal is taken.

The decree will be affirmed, with costs.

*For affirmance*—PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   10.

*For reversal*—None.